**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NYDIA VAZQUEZ,

  Plaintiff

-vs-                                                  CASE NO.: 6:18-CV-01410-RBD-DCI

NISSAN MOTOR ACCEPTANCE
CORPORATION,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Nydia Vazquez, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

  Dated: October 24, 2018

                                                      */s/ Janelle Neal*_____
                                                      Janelle Neal, Esq.
                                                      Florida Bar No.: 774561
                                                      TGomez@ForThePeople.com
                                                      JNeal@forthepeople.com
                                                      MMartinez@forthepeople.com
                                                      Morgan & Morgan, Tampa, P.A.
                                                      201 N. Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Tele: (813) 223-5505
                                                      Fax: (813) 223-5402
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

*/s/ Janelle Neal*
Janelle Neal, Esq.
Florida Bar No.: 774561
