UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NYDIA VAZQUEZ,

    Plaintiff,

v.                                  Case No. 6:18-cv-1410-Orl-37DCI

NISSAN MOTOR ACCEPTANCE
CORPORATION,

    Defendant.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement (Doc. 20) filed on October 24, 2018 by the Plaintiff indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 29, 2018.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record